IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD CLARK, | ) | |
| Plaintiff, | ) | Civil Action No. 06 - 1274 |
| | ) | |
| v. | ) | Judge Joy Flowers Conti |
| | ) | |
| JEFFREY A. BEARD; LOUIS S. FOLINO; LYNN ABRAHAM | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

The above captioned case was initiated on September 22, 2006 and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On July 2, 2007, Plaintiff filed a Motion for Preliminary Injunctive Relief asserting the same allegations as he set forth in his Complaint (doc. no. 51). The Magistrate Judge filed a Report and Recommendation on July 10, 2007 (doc. no. 54), recommending that Plaintiff's Motion for Preliminary Injunctive Relief be denied. No objections have been filed. After review of the pleadings and documents in the case, together with the Report and Recommendations, the following order is entered:

**AND NOW**, this 11th day of September, 2007;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunctive Relief (doc. no. 51) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendations (doc. no. 54) of Magistrate Judge Lenihan dated July 10, 2007 is **ADOPTED** as the Opinion of the Court.

By the Court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Ronald Clark
CP-5079
SCI Greene
175 Progress Drive
Waynesburg, PA 15370